**Order entered December 2, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00784-CV

### TONYA PARKS AND PARKS REALTY FIRM, LLC, Appellants

### V.

### AFFILIATED BANK AND JOSHUA CAMPBELL, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04540-C**

## ORDER

We **GRANT**, in part, and **DENY**, in part, appellants' July 6, 2016 motion to extend the time to file a notice of appeal. We **GRANT** the motion as it pertains to Affiliated Bank only. The notice of appeal filed in the trial court on July 1, 2016 is deemed timely as it pertains to appellants' appeal regarding Affiliated Bank. We **DENY** the motion as it pertains to Joshua Campbell and **DISMISS** Joshua Campbell as a party to this appeal because the notice of appeal was untimely as to him. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.008(b) (West 2015). We **DIRECT** the Clerk of this Court to remove Joshua Campbell as a party to this appeal.

We **DENY** appellees' August 18, 2016 motion for involuntary dismissal for want of jurisdiction.

We **GRANT** appellants' August 22, 2016 motion for an extension of time to file a brief. and extend the time to **JANUARY 2, 2017**.

/s/    ELIZABETH LANG-MIERS
JUSTICE